IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 17-CR-30119-SMY |
| | ) | |
| ALLEN MCCRAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the parties' agreed motion for a Protective Order, pursuant to Federal Rules of Criminal Procedure 16(d)(1). The Court, having examined the motion, and being fully advised in the premises, finds that the Motion should be **GRANTED**.

It is **ORDERED, ADJUDGED AND DECREED**.

a. This Order applies to one cellular telephone investigative report that upon opening, reveals documents, recordings, transcripts, personal identifying information, emails, text messages, photographs, location coordinates, other materials. This discovery is provided by the United States (hereinafter, "cell phone discovery materials");

b. A Protective Order is entered directing defense counsel to maintain exclusive custody and control of the cell phone discovery materials. Counsel is prohibited from permitting anyone to copy or disseminate the content of the cell phone discovery materials to anyone, including the Defendants, unless otherwise provided in this Order. This includes copying, photographing, preparing summaries, emailing, or otherwise disseminating the content of the cell phone discovery material through alternative means. Counsel is similarly prohibited from identifying potential witnesses or any individuals who may have cooperated with the investigation in any form of written or electronic correspondence. Counsel shall be free to review the cell phone discovery with his/her client

c.  The cell phone discovery materials may be disclosed to co-counsel, office personnel, consultants, or expert witnesses, for the sole purpose of assisting Defendant in preparing, trying, or appealing this matter. Only as much of the materials as may be useful for such purpose may be disclosed.

d.  The defense attorney, and any person to whom counsel discloses the content of cell phone discovery materials as permitted by this Order, must be shown a copy of this Order and be informed that such material is confidential and must be treated as such. Any person receiving cell phone discovery materials in accordance with this Order shall not make any disclosure of the cell phone discovery materials, or their contents, absent further order of this Court;

e.  All cell phone discovery materials, and any copies thereof disclosed to third parties, shall be returned to defense counsel at the earlier of: (a) the end of this case and any appeals; (b) such time as it is no longer necessary for the person to possess such material;

f.  At the end of this case and any appeals, defense counsel shall certify in writing to attorneys for the United States that they have maintained control over the cell phone discovery materials in accordance with this Order. At that time, defense counsel shall either destroy all discovery materials or return them to attorneys for the United States. If defense counsel elects to destroy cell phone discovery materials rather than return it to the attorneys for the United States, counsel shall certify in writing to the attorneys for the United States that such material has been destroyed.

**IT IS SO ORDERED.**

**DATED: January 28, 2020**

*[Signature]*

**STACI M. YANDLE**
**United States District Judge**